**FILED**

Sep 09 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ TC DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE DE JESUS LEM, JR.,
aka Jose Jr. Lem,

Defendant.

Case No. '26 CR3613 RBM

I N D I C T M E N T

Title 18, U.S.C., Sec. 111(a)(1) - Assault on a Federal Officer (Felony)

The grand jury charges:

On or about August 18, 2026, within the Southern District of California, defendant JOSE DE JESUS LEM, JR., aka Jose Jr. Lem, did forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Border Patrol Agent A. Baez, in that defendant headbutted and bit Agent Baez while Agent Baez was engaged in and on account of the performance of official duties, such acts involving physical contact with Agent Baez; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: September 9, 2026.

[redacted]

ADAM GORDON
United States Attorney

By: For STEPHEN SIMPSON
Assistant U.S. Attorney

SDSI:nlv:Imperial:9/8/26